IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JEFFREY COTTLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPLOSIVE COUNTERMEASURES ) <br> INTERNATIONAL, INC., and MEGAN ) <br> KELLEY, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:16-cv- 00210-GBL-JFA |

## ORDER

This matter comes before the Court on a joint motion by all parties seeking approval of a settlement agreement reached in this Fair Labor Standards Act litigation. Dkt. 15. It is hereby ORDERED and ADJUDGED:

that the Court has reviewed the Settlement Agreement and related documents and finds that the parties have come to a fair and joint resolution of their dispute pursuant to the factors enumerated in *Patel v. Barot*, 15 F. Supp. 3d 648, 656 (E.D. Va. 2014). Accordingly, the Settlement Agreement is APPROVED.

This case is STAYED pending completion of the settlement terms. When the settlement terms have been satisfied, the parties will notify the Court in a joint motion to dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

June 2̲4̲, 2016
Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge
Gerald Bruce Lee
United States District Court