**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **JEFFREY COTTLE,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  1:16-cv- 00210 |
| ) | |
| **EXPLOSIVE COUNTERMEASURES** ) | |
| **INTERNATIONAL, INC., and MEGAN** ) | |
| **KELLEY,** ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jeffrey Cottle and Defendants Explosive Countermeasures International, Inc. and Megan Kelley, through their undersigned counsel, hereby file this Joint Stipulation of Dismissal with Prejudice, pursuant to Fed.R.Civ.P. 41(a), in the above-captioned matter. The parties have agreed to this Joint Stipulation of Dismissal with Prejudice and respectfully request that this Court issue an Order dismissing Plaintiff's Complaint with prejudice.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/Steven W. Ray* | */s/\*Victor M. Glasberg* |
| Steven W. Ray | Victor M. Glasberg, Esq. |
| Virginia Bar No. 32320 | Virginia Bar No. 16184 |
| Counsel for Defendants | Counsel for Plaintiff |
| ISLER DARE, P.C. | Victor M. Glasberg & Associates |
| 1945 Old Gallows Road, Suite 650 | 121 South Columbus Street |
| Vienna, Virginia 22182 | Alexandria, VA 22314 |
| Phone: 703-748-2690 | Phone: 703-684-1100 |
| Fax: 703-748-2695 | Fax: 703-684-1104 |
| sray@islerdare.com | vmg@robinhoodesq.com |
| | *Signed by Steven W. Ray with permission from Victor M. Glasberg |