IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEFFREY COTTLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPLOSIVE COUNTERMEASURES )<br>INTERNATIONAL, INC., and MEGAN )<br>KELLEY, )<br>)<br>Defendants. )<br>_____) | Case No. 1:16-cv- 00210 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jeffrey Cottle and Defendants Explosive Countermeasures International, Inc. and Megan Kelley, through their undersigned counsel, hereby file this Joint Stipulation of Dismissal with Prejudice, pursuant to Fed.R.Civ.P. 41(a), in the above-captioned matter. The parties have agreed to this Joint Stipulation of Dismissal with Prejudice and respectfully request that this Court issue an Order dismissing Plaintiff's Complaint with prejudice.

Respectfully submitted,

/s/Steven W. Ray
Steven W. Ray
Virginia Bar No. 32320
Counsel for Defendants
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: 703-748-2690
Fax: 703-748-2695
sray@islerdare.com

Respectfully submitted,

/s/*Victor M. Glasberg
Victor M. Glasberg, Esq.
Virginia Bar No. 16184
Counsel for Plaintiff
Victor M. Glasberg & Associates
121 South Columbus Street
Alexandria, VA 22314
Phone: 703-684-1100
Fax: 703-684-1104
vmg@robinhoodesq.com

*Signed by Steven W. Ray with permission from Victor M. Glasberg

**IT IS SO ORDERED.**

/s/
Gerald Bruce Lee
United States District Judge

July 7, 2016